**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2377**

ANTHONY KELLY,

Plaintiff - Appellant,

v.

CITY OF ALEXANDRIA; LAWRENCE SCHULTZ; DANIEL MCMASTER; ROBERT DUBE,

Defendants - Appellees.

**No. 20-1083**

ANTHONY KELLY,

Plaintiff - Appellant,

v.

CITY OF ALEXANDRIA,

Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:19-cv-00985-LO-TCB; 1:19-cv-00553-LO-MSN)

Submitted: December 1, 2020                    Decided: December 9, 2020

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian Wolfman, Bradley Girard, GEORGETOWN LAW APPELLATE COURTS IMMERSION CLINIC, Washington, D.C., for Appellant. Laura Metcoff Klaus, Washington, D.C., Michelle D. Gambino, Michael A. Hass, GREENBERG TRAURIG LLP, McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Anthony Kelly appeals the district court's orders: (1) dismissing his employment discrimination complaint as time-barred and denying his motion for leave to file a second amended complaint (No. 20-1083); and (2) dismissing his subsequent complaint as barred by res judicata and collateral estoppel (No. 19-2377). We have reviewed the record included on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. City of Alexandria*, Nos. 1:19-cv-00985-LO-TCB; 1:19-cv-00553-LO-MSN (E.D. Va. July 30, 2019; Nov. 6, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*